UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH VICTOR LAGANA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>BURBANK POLICE DEPARMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-03985-DOC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Orders issued by the assigned magistrate judge (Dkt. 9, 15), and the Report and Recommendation of the magistrate judge issued on June 23, 2023 (Dkt. 17, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

　　　Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: July 31, 2023

　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　United States District Judge